**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**

In re:

    HORTENSIA HICKS                                Case No. 21-25838

            Debtor                                          Chapter 13

**NOTICE AND REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN**

      Hortensia Hicks filed papers with the Court requesting amendment of the unconfirmed Chapter 13 Plan in the above case.

      **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the Court to confirm the amended plan as proposed, or if you want the Court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

      File with the Court a written request for hearing that contains a short and plain statement of the factual and legal basis for the objection. File your written request electronically or mail it to:

                              Clerk of Bankruptcy Court
                              517 E. Wisconsin Avenue
                                      Room 126
                              Milwaukee, WI 53202-4581

      If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the expiration of 21 days.

      If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and enter an order confirming the amended Chapter 13 plan.

**Attorney Jeffrey L. Hahn**
**125 N. Second Street, P.O. Box 897 Street**
**Delavan, WI 53115**
**(262)728-2800**
**jeff@jhahnlaw.com**

# REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

1. This request to amend an unconfirmed Chapter 13 Plan **SUPERSEDES ALL PRIOR REQUESTS TO AMEND THE PLAN AND INCLUDES ALL PROPOSED AMENDMENTS. TERMS NOT FULLY STATED HERE OR IN THE ORIGINAL PLAN ARE NOT PART OF THE PLAN.**

2. Service. A certificate of service must be filed with the amendment. Designate one of the following:

    _X_ A copy of this proposed amendment has been served on the trustee, United States trustee and all creditors, or
    ___ A motion requesting limited service is being filed simultaneously with the Court.

3. The Chapter 13 Plan filed with the Court is amended as follows:

    a) Section 1.1 of the plan shall be marked as "Included" instead of "Not Included" to indicate treatment of claims in Section 3.2.
    b) Fifth-Third Bank vehicle loan shall be removed from Section 3.2 of the plan and added to Section 3.3 as "Secured claims excluded from 11 U.S.C. § 506 and payment of fully secured claims."

All remaining terms of the original Chapter 13 Plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment control.

WHEREFORE, each Debtor requests that the Court approve this proposed amendment to the original Chapter 13 Plan.

## CERTIFICATION

The Debtor's attorney must sign this certification. A Debtor represented by an attorney may sign this certification. If the Debtor does not have an attorney, the Debtor must sign this certification.

**The provisions in this Chapter 13 plan are identical to those contained in the official local form other than the changes listed in part 3.**

I certify under penalty of perjury that the foregoing is true and correct

Respectfully submitted March 9, 2022

*/s/ Jeffrey L. Hahn*
Jeffrey L. Hahn
Attorney for Debtor
Hahn Law Office
125 N. Second Street, P.O. Box 897
Delavan, WI 53115
(262) 728-2800
jeff@jhahnlaw.com