# Scott Lieske
Chapter 13 Trustee
Eastern District Of Wisconsin

Telephone (414) 271-3943  P.O. Box 510920
Fax (414) 271-9344  Milwaukee, WI 53203
www.chapter13milwaukee.com  info@chapter13milwaukee.com

October 8, 2024

Honorable Beth E. Hanan
United States Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

## NOTICE OF SATISFIED CLAIM

In re: HORTENSIA HICKS
Chapter 13 Bankruptcy
Case No. 21-25838-BEH
Court Claim No. 7-1
Trustee Claim No. 002

Dear Judge Hanan:

Enclosed is correspondence I received from FIFTH THIRD BANK in the above captioned case indicating the claim has been paid in full. As the claim has been satisfied, my office will not make any further disbursements on this claim.

If FIFTH THIRD BANK disputes that the claim has been satisfied, they must contact the Trustee's office within 21 days.

Respectfully submitted,

**OFFICE OF CHAPTER 13 TRUSTEE**

_____
    Judith L. Du Sell, Staff Attorney

JLD/jt

cc:   HORTENSIA HICKS
      JEFFREY L. HAHN (Via ECF Only)
      FIFTH THIRD BANK

Fifth Third Bank
1850 East Paris SE
MD RSCB3E-BK
Grand Rapids MI 49546

OCT 0 3 2024



FIFTH THIRD BANK

SCOTT LIESKE
CHAPTER 13 TRUSTEE
P.O. BOX 510920
MILWAUKEE, WI 53203

| | |
|---|---|
| Date: | 9/25/24 |
| Account: | ****0910 |
| Case #: | 21-25838 |

## Important Information Regarding Bankruptcy Case

Dear SCOTT LIESKE:

Enclosed please find check #39289319 in the amount of $204.49. This check represents funds that were received from your office for the bankruptcy case referenced above.

**What you need to know**
Due to the status of this account and/or the bankruptcy case, we cannot accept payments from your office on this loan as the account has been paid in full. Please do not issue any additional payments on the claim filed by Fifth Third Bank, National Association.

**We're here to help**
If you have any questions concerning this notice, please contact us at 877-812-0490, Monday through Friday, 8 a.m. to 5 p.m., ET.

Sincerely,

Fifth Third Bank

LIDN 3476
Fifth Third Bank, National Association Member FDIC. Equal Housing Lender. Fifth Third and Fifth Third Bank are registered service marks of Fifth Third Bancorp.
Classification: Internal Use

Case 21-25838-beh    Doc 52    Filed 10/08/24    Page 2 of 2