UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In Re:  
HORTENSIA HICKS

Chapter 13 Bankruptcy

Case No. 21-25838-BEH

---

**NOTICE AND MOTION TO DISMISS - CONFIRMED PLAN**

---

NOTICE IS HEREBY GIVEN that the Chapter 13 Standing Trustee, Scott Lieske, pursuant to 11 U.S.C. **§** 1307 (c), does hereby move the Court for an Order dismissing this case, for cause, including;

*Material default for failure to make payments to the Trustee as required by the terms of the confirmed plan.*

ANY OBJECTION TO THE RELIEF REQUESTED BY THIS MOTION SHOULD BE IN WRITING SPECIFYING LEGALLY SUFFICIENT GROUNDS WHY THE MOTION SHOULD NOT BE GRANTED AND SHOULD BE FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT, ROOM 126, U.S. COURTHOUSE, 517 EAST WISCONSIN AVENUE, MILWAUKEE, WISCONSIN 53202, WITHIN 21 DAYS OF THE DATE OF THE MAILING OF THIS NOTICE. SHOULD AN OBJECTION NOT BE IN COMPLIANCE WITH THESE REQUIREMENTS THE COURT MAY GRANT THE MOTION WITHOUT A HEARING. IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY ENTER AN ORDER GRANTING RELIEF.

/s/_____  Judith L. Du Sell
                                2024.11.08
                                13:44:18-06'00'

Scott Lieske, Chapter 13 Standing Trustee
Christopher D. Schimke, Staff Attorney
Kyle R. Knutson, Staff Attorney
Judith L. Du Sell, Staff Attorney
P.O. Box 510920
Milwaukee, WI 53203
(414) 271-3943